# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 21-1235

September Term, 2022

USTC-14377-16W

**Filed On:** November 23, 2022

In re: Sealed Case,

**BEFORE:** Katsas, Walker, and Childs, Circuit Judge

# UNDER SEAL JUDGMENT NOT AVAILABLE TO PUBLIC